UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01844-DFM | Date: | October 23, 2026 |
| Title | Daniiar Sadyrov v. Joseph B. Edlow et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| | |
|---|---|
| **Proceedings:** | **(IN CHAMBERS) Order to Show Cause** |

On July 13, 2026, Plaintiff filed a lawsuit against Defendants Joseph B. Edlow in his official capacity as Director of U.S. Citizenship and Immigration Services ("USCIS") and USCIS. See Dkt. 1. On July 31, Plaintiff filed proofs of service, which show that service was effectuated on July 22, 2026. See Dkt. 11.

As it stands, Defendants have not filed an Answer or otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendants.